NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROGUE RIVERKEEPER, A PROJECT OF THE KLAMATH SISKIYOU WILDLANDS CENTER,**
*Plaintiff-Appellee,*

v.

**DONALD BEAN,**
*Defendant-Appellant.*

---

2012-1107

---

Appeal from the United States District Court for the District of Oregon in case no. 11-CV-3013, Magistrate Judge Mark D. Clarke.

---

**ON MOTION**

---

## ORDER

Donald Bean moves for leave to proceed in forma pauperis and for a 60-day extension of time to file his initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to proceed in forma pauperis is granted.

(2) The motion for an extension of time is granted to the extent that Bean's initial brief is due within 30 days of the date of filing of this order. No further extensions.

FOR THE COURT

FEB 2 1 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Donald Bean
Ralph O. Bloemers, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 1 2012

JAN HORBALY
CLERK